[No. 3489-5-III.   Division Three.   February 28, 1980.]

ROBERT J. CARTWRIGHT, *Appellant,* v. JOHN R. BRANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 248127, Thomas E. Merryman, J., entered May 31, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6800-8-I.   Division One.   March 3, 1980.]

GLENN LEE, ET AL, *Appellants,* v. MUNICIPALITY OF METROPOLITAN SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 845501, Norman W. Quinn, J., entered July 5, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Andersen, J.